# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ABRAHAM/RASHEEN GRANT/RAKIM,                                    PLAINTIFF
ADC #128147

v.                              5:15CV00327-JM-JTK

DR. BLAND                                                        DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that:

1.    Plaintiff Grant/Rakim's Motion to Proceed In Forma Pauperis (Doc. No. 1) is DENIED.

2.    Should Plaintiff wish to continue this case, he shall submit the statutory filing fee of $400.00 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, together with a motion to reopen the case.  Upon receipt of the motion and full payment, the case will be reopened.

3.    Plaintiff's Complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 3rd day of November, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE